# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE LARRY ALAN BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09CR3652-LAB |
| Plaintiff, | |
| vs. | |
| GENARO AGUIRRE JR., | ORDER TERMINATING SUPERVISED RELEASE |
| Defendant. | |

**IT IS HEREBY ORDERED** that the defendant is terminated early from his term of supervised release in this case, pursuant to 18 U.S.C. § 3583(e). He has completed more than one year of supervision and the actions of the defendant and the interests of justice support early termination. Termination is effective December 8, 2018.

**IT IS SO ORDERED.**

Dated: December 7, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge

1